Duane H. Gillman #1194
**DURHAM JONES & PINEGAR**
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110
Telephone: (801) 415-3000
    Attorneys for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: <br><br> JERRY ALLRED and <br> ALESA ALLRED, <br><br> Debtors. | Bankruptcy Case Number <br><br> 08-23244 WTT <br><br> [Chapter 7] |
|---|---|

## NOTICE OF TRUSTEE'S INTENT TO SELL REAL PROPERTY OF THE ESTATE AND NOTICE OF HEARING

Notice is hereby given that Duane H. Gillman, Chapter 7 trustee of the Estate of the above-named Debtors ["Trustee"] intends, in the absence of valid objections, to sell the real property which is included in the bankruptcy estate of the above-named Debtors and described below, free and clear of liens and interests with valid liens and/or interests to attach to the sale proceeds.

### I.
### DESCRIPTION OF REAL PROPERTY

Lot 41 CR 3640, Sulphur Springs, TX 75482 [the "Real Property"]

### II.
### NOTICE OF SALE

The sale price is $21,000.00.

1

SLC_664426.1

### III.

### TERMS AND CONDITIONS OF SALE

1. **The Real Property will be sold as is, where is and with no warranties or guarantees of any kind.**

2. **The Real Property is sold free and clear of any and all liens and/or interests with valid liens and/or interests to attach to the sales proceeds.**

3. The Trustee will provide standard issue title insurance policy on the Real Property.

### IV.

### INTENDED DISTRIBUTION OF SALE PROCEEDS

In the event the intended sale is approved and the Trustee is authorized to sell the above described Real Property and the sale closes, **the net sale proceeds will be used as follows and will be paid in the following order until the sale proceeds are extinguished**:

1. Trustee will pay the first mortgage in favor of Tracy Giles [approx. $17,500].

2. From the remaining sale proceeds, the Trustee will pay the estates pro rata share of real property taxes due at closing [approx. $247].

3. From the remaining sale proceeds, the Trustee will pay normal closing costs and provide title insurance on the Real Property [approx. $746].

4. The balance of the sale proceeds will be held by the Trustee pending further order of this Court.

## V.

## NOTICE OF HEARING AND OPPORTUNITY FOR OBJECTIONS

**PLEASE TAKE NOTICE** that the *Trustee's Motion for Order Authorizing Sale of Real Property of the Estate* will be heard before the Honorable William Thomas Thurman, Chief United States Bankruptcy Judge, on **October 21, 2010 at 9:30 a.m.** The hearing will take place at 206 West Tabernacle, Courtroom 2B, St. George, UT  84770.

**<u>Your rights may be affected</u>. You should read this Notice carefully and discuss it with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.).** If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then **not later than Monday, September 13, 2010 at 4:30 p.m. MDT**, you or your attorney must file a written objection specifically delineating the nature of the objection with the <u>Clerk of the United States Bankruptcy Court, District of Utah, 350 South Main Street, Salt Lake City, Utah, 84101</u>. If you mail your response to the Court for filing, you must mail it early enough so that the Court will <u>receive</u> it on or before the date specified above. You must also serve a copy on the Movant's counsel at the address listed below.

In addition, you or your attorney must attend the hearing at the date, time, and place set forth above. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion. If an objection is not timely filed, the trustee will submit an order granting the Motion to the court and ask that the hearing be stricken.

The Motion may be reviewed at the Office of the Clerk, Room 301, 350 South Main Street, Salt Lake City, Utah, from 8:00 a.m. to 4:30 p.m. on weekdays, excluding holidays. Copies of the Motion may be obtained from the undersigned attorney upon payment of normal copy costs of $0.23 per page.

In the absence of any objection being made and timely filed, or after a hearing on any objection and upon authorization, the Trustee will proceed with the auction according to the above-noticed terms and conditions.

DATED this 30 day of August, 2010.

Duane H. Gillman
DURHAM JONES & PINEGAR
PO Box 4050
Salt Lake City, UT  84110-4050
Attorneys for Trustee

## CERTIFICATE OF SERVICE

    I certify that on this 30th day of August, 2010, I caused to be served a true and correct copy of the foregoing **NOTICE OF TRUSTEE'S INTENT TO SELL REAL PROPERTY OF THE ESTATE and NOTICE OF HEARING,** by depositing the same in the United States mail, postage pre-paid, or by electronic mail, addressed to all parties appearing on the attached matrix:

                              */s/ Helen Doherty*
                              DURHAM JONES & PINEGAR

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 08-23244<br>District of Utah<br>Salt Lake City<br>Mon Aug 23 08:46:07 MDT 2010 | Alese Allred<br>2240 East 170 North<br>St. George, UT 84790-1434 | Jerry Allred<br>2240 East 170 North<br>St. George, UT 84790-1434 |
| CBC/AES/NCT<br>1200 North 7th Street<br>Harrisburg, PA 17102-1419 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |
| Cari Giles<br>PO Box 1143<br>Monticello UT 84535-1143 | Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081-2822 | Chase Bank USA, NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 |
| (c)COUNTRYWIDE HOME LOANS<br>400 NATIONAL WAY<br>SIMI VALLEY CA 93065-6414 | Deseret First Credit Union<br>147 North 200 West<br>Salt Lake City, UT 84103-1596 | Dixie Regional Medical Center<br>1380 East Medical Center Drive<br>St. George, UT 84790-2123 |
| GE Money Bank<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Duane H. Gillman<br>Durham Jones & Pinegar<br>111 East Broadway<br>Suite 900<br>P.O. Box 4050<br>Salt Lake City, UT 84110-4050 | Duane H. Gillman tr<br>Durham Jones & Pinegar<br>111 East Broadway<br>Suite 900<br>P.O. Box 4050<br>Salt Lake City, UT 84110-4050 |
| Landscape Pro's Inc.<br>318 East 450 South<br>Ivins, UT 84738-5017 | Pathology Services Inc<br>PO Box 30309<br>Charleston, SC 29417-0309 | Jessica G Peterson<br>Durham Jones & Pinegar<br>111 East Broadway, Suite 900<br>PO Box 4050<br>Salt Lake City, UT 84110-4050 |
| Quest Diagnostics<br>PO Box 78874<br>Phoenix, AZ 85062-8874 | Richins Eye Center<br>619 South Bluff Street #1B<br>St. George, UT 84770-3969 | Tyler T. Todd<br>Farris & Utley, PC<br>2107 W. Sunset Blvd., 2nd Floor<br>St. George, UT 84770-7139 |
| Tracy Giles<br>312 County Road<br>Sulpher Springs, TX 75482 | United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | Wells Fargo Bank<br>PO Box 54180<br>Los Angeles, CA 90054-0180 |
| Wells Fargo Bank<br>PO Box 10438<br>Des Moines, IA 50306-0438 | David C. West<br>321 North Mall Drive<br>Suite 0-202<br>St. George, UT 84790-7302 | Weston J. White<br>Farris & Utley<br>2107 West Sunset Blvd., 2nd Floor<br>St. George, UT 84770-7139 |
| William Allred<br>310 East 600 North<br>Richfield, UT 84701-1932 | Mark S. x2Middlemas<br>Lundberg & Associates<br>3269 South Main Street<br>Suite 100<br>Salt Lake City, UT 84115-3773 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Countrywide Home Loans
400 Countrywide Way
Simi Valley, CA 93065-6298




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Deseret First Federal Credit Union        (u)William T. Thurman                    End of Label Matrix
                                                                                      Mailable recipients    28
                                                                                      Bypassed recipients     2
                                                                                      Total                  30